Menke Jackson Beyer
 Ehlis & Harper, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313
Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONG HUYNH and HUONG HUYNH, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF UNION GAP, a municipal corporation, and LARRY WORDEN and JANE DOE WORDEN, husband and wife,<br><br>Defendants. | **NO. CV-08-3014-LRS**<br><br>ORDER FOR DISMISSAL |

The above entitled matter having before the court upon the stipulation of the parties (Ct. Rec. 59), by and through their counsel, and it appearing to the court that this matter has been fully settled and should no longer remain pending, and the Court being fully advised in the premises, now, therefore,

ORDER FOR DISMISSAL - 1

**MENKE JACKSON BEYER
EHLIS & HARPER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

IT IS HEREBY ORDERED that the above entitled action shall be, and the same is hereby dismissed with prejudice and without costs. The parties' Motion for Order of Dismissal, Ct. Rec. 58, is hereby **GRANTED**. The Clerk is directed to enter this order and furnish copies to counsel.

DATED this 15th day of July, 2009.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
Chief U. S. District Court Judge

Presented by:

s/ G. SCOTT BEYER
WSBA # 03817
Attorneys for Defendants
Of Menke Jackson Beyer Ehlis
    & Harper, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone: 509-575-0313
Fax: 509-575-0351
Email: sbeyer@mjbe.com

ORDER FOR DISMISSAL - 2